

# NUMBER 13-22-00139-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DIANA LETICIA SANDOVAL,                                         **Appellant,**

**v.**

ERICK TREVINO,                                                 **Appellee.**

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Benavides

This matter is before the Court on appellant's motion to voluntarily dismiss appeal. On May 10, 2022, this cause was abated, and the matter was referred to mediation. On June 22, 2022, the mediator filed a statement advising the Court that the matter was settled.

Upon review of appellant's motion and the mediator's statement, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the motion to dismiss is granted, and the appeal is hereby dismissed.

While the motion is unopposed, there is no clear agreement between the parties regarding the costs; therefore, costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at parties' request, no motion for rehearing shall be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
28th day of July, 2022.